Application for Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

FILED _____ LODGED
_____ RECEIVED

Apr 15, 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

**In the Matter of the Search of:**

Isabela Contreras

Case No. MJ20-5063

## APPLICATION FOR A SEARCH WARRANT FOR BLOOD SAMPLE

I, Justin Myers, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that a sample of blood consisting of one of more tubes or vials should be taken from the following person:

Isabela Contreras

Located in the Western District of Washington and that this blood sample is evidence of the following crime or crimes.

- ☒ Driving While Under the Influence in violation of RCW 46.61.502, 18 U.S.C. § 13, and 36 C.F.R § 4.23 or 38 C.F.R. § 1.218
- ☐ Physical Control of a Vehicle While Under the Influence of Alcohol or Drugs in violation of RCW 46.61.504, 18 U.S.C. § 13, and 36 C.F.R § 4.23 or 38 C.F.R. § 1.218
- ☐ Driver under Twenty-One Consuming Alcohol or Marijuana in violation of RCW 46.61.503 and 18 U.S.C. § 13
- ☐ Vehicular Homicide in violation of RCW 46.61.520 and 18 U.S.C. § 13
- ☐ Vehicular Assault in violation of RCW 46.61.524 and 18 U.S.C. § 13
- ☐ _____

This application is based on the facts set forth in the attached affidavit which is incorporated herein as if fully set forth.

Pursuant to Fed. R. Crim. P. 4.1 & 41(d)(3), this warrant is presented:

☒ By reliable electronic means.   ☐ Telephonically (and recorded).

Applicant's Signature
Justin Myers, Military Police Officer
Joint Base Lewis-McChord Police Department

The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone on this 15 day of April, 2020.

THE HON. RICHARD J. CREATURA
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| | ) ss |
| COUNTY OF PIERCE | ) |

## AFFIDAVIT OF OFFICER JUSTIN MYERS

I, Officer Justin Myers, a Military Police Officer with Joint Base Lewis-McChord Police, Pierce County, Washington, having been duly sworn, state as follows:

### AFFIANT BACKGROUND

1. I have served as a law enforcement officer for the past 2 1/2 years. My training and experience relevant to the investigation discussed below includes the following:

- ☒ Basic Law Enforcement Training at the U.S. Army Military Police Academy
- ☐ Basic Law Enforcement Academy at the Washington Criminal Justice Training Commission
- ☒ Standardized Field Sobriety Testing
- ☐ Advised Roadside Impaired Driving Enforcement Training

I am Justin G. Myers, currently assigned to the JBLM Target Enforcement Patrol. I attended Military Police Training at Fort Leonard Wood, MO from June 2017 to November 2017, which included training to evaluate and determine if a driver is impaired. Upon arrival to my first duty station I attended the Joint Base Lewis-McChord Professional Protector Police Academy which is a 180 hour course to certify soldiers to conduct Military Police operations specific to Joint Base Lewis-McChord. I completed Standardized Field Sobriety Test training in accordance with National Highway and Transportation Safety Administration (NHTSA) standards in 2019. I completed training and certification to operate the Draeger Alcotest 9510 in February 2019. The training consisted of how alcohol affects the human body and its many systems, how to detect an impaired driver and how to correctly operate the Draeger. Through my training and

AFFIDAVIT OF JUSTIN MYERS
BLOOD WARRANT FOR ISABELA CONTRERAS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  experience, I have learned to recognize the signs of alcohol and/or drug impairment in
2  people and to determine whether or not a person's ability to safely drive a motor vehicle
3  is impaired. I have conducted 3 DUI arrests throughout my career in law enforcement.

4    2.  The information presented in this affidavit is:

5      ☒ Based on my personal observations and interviews that I have
6        conducted.

7  ### INTRODUCTION AND PURPOSE OF THE AFFIDAVIT

8    3.  The purpose of this affidavit is to seek a search warrant to authorize me or
9  other law enforcement officers to direct a physician, a registered nurse, a licensed practical
10 nurse, a nursing assistant as defined in Chapter 18.88A of the Revised Code of
11 Washington (RCW), a physician assistant as defined in chapter 18.71A of the RCW, a
12 first responder as defined in chapter 18.73 of the RCW, an emergency medical technician
13 as defined in chapter 18.73 of the RCW, a health care assistant as defined in chapter
14 18.135 of the RCW, or any technician trained in withdrawing blood to extract a blood
15 sample consisting of one or more tubes or vials from Isabela Contreras (hereafter "the
16 Subject"). This warrant is requested for the purpose of gathering evidence of the following
17 crime(s):

18     ☒ Driving While Under the Influence in violation of RCW 46.61.502, 18
      U.S.C. § 13, and 36 C.F.R § 4.23 or 38 C.F.R. § 1.218

19
20     ☐ Physical Control of a Vehicle While Under the Influence of Alcohol or
      Drugs in violation of RCW 46.61.504, 18 U.S.C. § 13, and 36 C.F.R §
21       4.23 or 38 C.F.R. § 1.218

22     ☐ Driver under Twenty-One Consuming Alcohol or Marijuana in violation
      of RCW 46.61.503 and 18 U.S.C. § 13

23     ☐ Vehicular Homicide in violation of RCW 46.61.520 and 18 U.S.C. § 13

24     ☐ Vehicular Assault in violation of RCW 46.61.524 and 18 U.S.C. § 13

25     ☐ _____

26   4.  I am seeking to present this application for a search warrant by electronic
27 means because the natural metabolization of alcohol or drugs in the bloodstream may
28

AFFIDAVIT OF JUSTIN MYERS
BLOOD WARRANT FOR ISABELA CONTRERAS - 2

1  result in the loss of this evidence in the time it would take to present a search warrant
2  application in a more traditional fashion.

## SUMMARY OF PROBABLE CAUSE

4  5.  As a result of my duties I am familiar with the jurisdictional boundaries of Pierce County, Washington. The incident described below occurred within these jurisdictional boundaries, an area within the special maritime and territorial jurisdiction of the United States as defined in 18 U.S.C. § 7.

8  **6.**  The initial contact with the Subject occurred on 14 April 2020 at approximately 8:55 p.m. at the intersection of Pendleton Ave and North Division Street. At that time a red 2015 GMC Acadia WA license plate #BQN5220, operated by the Subject, failed to stop at the posted stop sign at the intersection of West Way and Pendleton Ave. Briefly after passing the stop sign, I observed the vehicle strike the curb before fully turning right onto Pendleton Ave. I continued to follow the subject vehicle and observed the vehicle failing to maintain the center position of the lane. Instead, the vehicle was consistently traveling approximately halfway off the roadway, specifically meaning half in the travel lane and half to the right of the fog line. While approaching the intersection of Pendleton Ave and North Division Street, I observed the vehicle proceed into the left turn lane of the opposite side of the road but quickly jolt back into the proper lane. I initiated a traffic stop at approx. 8:55 pm, and upon contact with the driver she provided me with her Alaska Driver's License and a Military ID Card both identifying her as "Isabela Contreras." During this contact, I observed what appeared to be vomit on the outside of the vehicle just below the driver's window.

23  7.  Based on my training and experience, I believe Isabela Contreras, the Subject, may be under the influence of intoxicants or drugs for the following reasons: Upon first contact with the Subject I asked if she had consumed any alcoholic beverages; she claimed that she had not. I could physically detect possible clues of impairment, such as bloodshot and watery eyes, delayed reactions and slow slurred speech. I conducted Standardized Field Sobriety Tests (SFSTs) and I observed obvious signs of impairment.

AFFIDAVIT OF JUSTIN MYERS
BLOOD WARRANT FOR ISABELA CONTRERAS - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Officer McCranie asked the Subject if she would submit to a voluntary Preliminary
2  Breath Test (PBT), to which she agreed. During the PBT the Subject repeatedly failed to
3  provide an adequate breath sample because she covered the PBT tube with her tongue,
4  while puffing out her cheeks. It appeared to me that she was pretending to blow in the
5  PBT tube. Officer McCranie placed his hand over the tube air exit hole and could feel no
6  air flow through the PBT as the Subject was "blowing." During the PBT, I detected a
7  strong odor of alcoholic beverages emanating from the Subject. After multiple attempts
8  to coach the Subject through the test, Officer McCranie relayed that she would not
9  provide an adequate breath sample for the PBT.

10      8.    Based on the totality of the circumstances, I concluded that the Subject was
11  under the influence of intoxicating liquor and/or drugs and unable to operate a motor
12  vehicle safety. The Subject was advised she was in custody for DUI, taken into custody
13  without incident. At 9:12 pm the Subject was advised of her legal rights which she stated
14  she understood. The Subject was transported for further processing. The Subject was
15  taken to the BAC room where she was advised of her constitutional rights from the
16  Washington State DUI Arrest Report. The Subject stated she understood her rights but
17  refused to sign, invoked her rights and requested to speak to an attorney. The Subject was
18  placed in contact with Federal Public Defender Endo at 9:42 pm. Subject got off the
19  phone at 10:00 pm. Endo stated that the Subject would not make a statement and invoked
20  her right to remain silent. The subject was then advised of the Implied Consent Warning
21  For Breath. The Subject stated she understood and signed. The Subject was asked if she
22  would submit to a breath sample, which she stated she would. Once the observation
23  period was completed, the Subject failed repeatedly to provide an adequate breath
24  sample. Based on my training and experience, it appeared the Subject was placing her
25  tongue in front of the tube and humming instead of blowing. This belief was reinforced
26  by the fact that the Dreager indicated there was no airflow through the BAC. Furthermore
27  the condensation within the mouth piece appeared to of been wiped away by the
28  Subject's tongue. The Subject was coached multiple times on how to provide a breath

AFFIDAVIT OF JUSTIN MYERS
BLOOD WARRANT FOR ISABELA CONTRERAS - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

sample and continued to stop blowing or block the airflow. Subject was advised that if she continued she would be marked as a refusal, to which she said "but I'm not refusing." Subject was marked as a refusal at 10:34 pm. An administrative test was conducted on the BAC Draeger, which showed it was functioning correctly.

9. The Subject:

- ☒ Has refused to take a breath Alcohol test on an instrument approved by the State Toxicologist or a federal agency for such breath testing.
- ☐ Is being treated in a hospital, clinic, doctor's office, emergency medical vehicle, ambulance, or other similar facility, or is at a location that lacks an instrument approved by the State Toxicologist or a federal agency for performing such breath testing, and has refused to submit to a blood test.
- ☐ Is incapable due to physical injury, physical incapacity, or other physical limitation of submitting to a breath alcohol test, and the defendant has refused to submit to a blood test.
- ☐ Has refused to submit to a blood test at the request of the undersigned.
- ☐ Was not offered an opportunity to take a breath alcohol test on an instrument approved by the State Toxicologist or a federal agency for such breath testing because:
    - ☐ The available instrument is currently out of order
    - ☐ The individual does not speak English and the implied consent warnings are not available in a language that the defendant understands
    - ☐ _____
- ☐ Submitted to a breath test on an instrument approved by the State Toxicologist or a federal agency for such breath testing but the breath alcohol concentration reading of xx **BAC LEVEL** is not consistent with the defendant's level of impairment suggesting that the defendant is under the influence of a drug.

10. A sample of blood extracted from the Subject if taken within a reasonable period of time after he/she last operated, or was in physical control of, a motor vehicle, may be tested to determine his/her current blood alcohol level and to detect the presence of any drugs that may have impaired his/her ability to drive. This search warrant is being

AFFIDAVIT OF JUSTIN MYERS
BLOOD WARRANT FOR ISABELA CONTRERAS - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | requested within approximately **four to four and 1/2** hours after the Subject ceased
2 | driving or was found in in physical control of a motor vehicle.

### CONCLUSION

4 |     11.    For the reasons stated above, I request authority to direct a physician, a
5 | registered nurse, a licensed practical nurse, a nursing assistant as defined in chapter
6 | 18.88A of the RCW, a physician assistant as defined in chapter 18.71A of the RCW,
7 | a first responder as defined in chapter 18.73 of the RCW, an emergency medical
8 | technician as defined in chapter 18.73 of the RCW, a health care assistant as defined in
9 | chapter 18.135 of the RCW, or a technician trained in withdrawing blood to extract a
10 | blood sample consisting of one or more tubes or vials from Isabela Contreras.

11 |     12.    This application for a warrant is being presented electronically pursuant to
12 | Fed. R. Crim P. 4.1 & 41(d)(3).

14 |     I certify (or declare) under penalty of perjury under the laws of the United States
15 | that the foregoing is true and correct to the best of my knowledge, information and belief.
16 | Dated this 15 day of April, 2020.

*[signature]*
Justin Myers, Military Police
Joint Base Lewis-McChord

21 |     The above-named agent provided a sworn statement attesting to the truth of the
22 | foregoing affidavit on 15 day of April, 2020.

*[signature]*
THE HON. RICHARD J. CREATURA
UNITED STATES MAGISTRATE JUDGE

AFFIDAVIT OF JUSTIN MYERS
BLOOD WARRANT FOR ISABELA CONTRERAS - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970